IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**Amanda Dixon**                                                                                          **Plaintiff**

v.                              No. 4:12-CV–800-JM

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**                                                      **Defendant**

## ORDER ACCEPTING RECOMMENDED DISPOSITION

After reviewing the recommended disposition filed in this case, the court finds that no party has objected.  The court ACCEPTS the recommended disposition and DENIES Amanda Dixon's request for relief (docket entry # 1).  The court will enter judgment affirming the decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

So ordered this 13th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE