## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**Amanda Dixon**                                                                                    **Plaintiff**

**v.**                                                **No. 4:12-CV–800-JM**

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**                                                **Defendant**

### JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED,

ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting

Commissioner of the Social Security Administration, is AFFIRMED.  Judgment is

entered in favor of the Commissioner.

So ordered this 13th  day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE